| | |
|---|---|
| 1 | CLAYEO C. ARNOLD |
| | A Professional Corporation |
| 2 | Clayeo C. Arnold, SBN 65070 |
| | Clifford L. Carter, SBN 149621 |
| 3 | Kirk J. Wolden, SBN 138902 |
| | 865 Howe Avenue, Suite 300 |
| 4 | Sacramento, CA 95825 |
| | Telephone (916) 924-3100 |
| 5 | Fax (916) 924-1829 |
| | Email clay@ccalawcorp.com |
| 6 | cliff@ccalawcorp.com |
| | kirk@ccalawcorp.com |
| 7 | |
| 8 | Rodney A. Klein, SBN 035541 |
| | Lawrence S. Paikoff, M.D., J.D., SBN 191732 |
| 9 | 2300 Bell Executive Lane |
| | Sacramento, CA 95825 |
| 10 | Telephone (916) 929-6000 |
| | Fax (916) 929-5137 |
| 11 | Email info@klein-paikoff-law.com |
| 12 | Attorneys for Plaintiff |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Master Docket No. M:05-CV-01966-CRB |
| | MDL Docket No. 1699 |
| This document relates to: | District Judge: Charles R. Breyer |
| RICHARD SANDERS, | Case No.: 3:06-cv-03090-CRB |
| Plaintiff, | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |
| vs. | |
| PFIZER, INC., a Delaware Corporation; PHARMACIA & UPJOHN, INC. a/k/a PHARMACIA & UPJOHN COMPANY, a New Jersey Corporation; MCKESSON CORPORATION, | |
| Defendants. | |

1

1  Come now Plaintiff, RICHARD SANDERS, and Defendants, by and through the
2  undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and
3  hereby stipulate to the dismissal of this action with prejudice with each side bearing its
4  own attorneys' fees and costs.

Dated: 3 31, 2009

CLAYEO C. ARNOLD
A Professional Law Corporation

By: _____
KIRK J. WOLDEN
Attorneys for Plaintiff

Dated: June 4, 2009

DLA PIPER LLP (US)

By: _____
1251 Avenue of the Americas
New York, NY 10020
Tel:  (212) 335-4500
Fax:  (212) 335-4501
Defendant's Liaison Counsel

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: June 5, 2009

_____
Honorable Charles R. Breyer
United States District Judge

IT IS SO ORDERED
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

2